| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CAYER, DAVID S. | 2. Court or Organization<br><br>DISTRICT COURT - WDNC | 3. Date of Report<br><br>06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>RM. 168<br>401 W. TRADE ST.<br>CHARLOTTE, NC 28202 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $65,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | NOVANT HEALTH CORPORATE PRESBYTERIAN HEALTHCARE - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | REGENT UNIVERSITY LAW SCHOOL | Feb. 11-13, 2011 | Virginia Beach, VA | MOOT COURT PARTICIPANT | AIRFARE, LODGING, AND MEALS |
| 2. | COLLEGE OF WILLIAM AND MARY LAW SCHOOL | Feb. 18-20, 2011 | Williamsburg, VA | MOOT COURT PARTICIPANT | AIRFARE, LODGING, AND MEALS |
| 3. | LIBERTY UNIVERSITY LAW SCHOOL | Sept. 24-25, 2011 | Lynchburg, VA | MOOT COURT PARTICIPANT | AIRFARE, LODGING, AND MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ETR:FME | A | Dividend | K | T | | | | | |
| 2.  NYSE:VZ | B | Dividend | K | T | | | | | |
| 3.  NYSE:SEE | A | Dividend | J | T | | | | | |
| 4.  NYSE:XOM (Y) | | | | | | | | | |
| 5.  NYSE:WMT (X) | A | Dividend | J | T | | | | | |
| 6.  NASDAQ:FTR (Y) | | | | | | | | | |
| 7.  ING DIRECT (Y) | | | | | | | | | |
| 8.  FIFTH THIRD (X) | A | Interest | J | T | | | | | |
| 9.  TRUST #1 | C | Int./Div. | M | T | | | | | |
| 10.  -WELLS FARGO DEPOST ACCT | | | | | | | | | |
| 11.  -EATON VANCE NC MUNI FUNDS | | | | | Buy (add'l) | 04/01/11 | J | | |
| 12. | | | | | Sold (part) | 04/15/11 | J | A | |
| 13. | | | | | Sold (part) | 10/19/11 | J | A | |
| 14. | | | | | Sold (part) | 11/21/11 | J | A | |
| 15.  -GOLDMAN SACHS TR GS SHORT DURATION | | | | | Buy | 10/21/11 | J | | |
| 16. | | | | | Sold (part) | 11/21/11 | J | A | |
| 17.  -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | | | | | Buy | 10/21/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NUVEEN NC MUNI BOND | | | | | Buy | 11/23/11 | J | | |
| 19. -RIDGEWORTH SEIX HIGH YIELD BOND FUND | | | | | Buy | 10/21/11 | J | | |
| 20. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 21. -T ROWE PRICE TAX-FREE HIGH YIELD FUND | | | | | Buy (add'l) | 04/01/11 | J | | |
| 22. | | | | | Sold (part) | 04/15/11 | J | | |
| 23. | | | | | Sold (part) | 10/19/11 | J | | |
| 24. | | | | | Sold (part) | 11/21/11 | J | A | |
| 25. -VANGUARD INFLATION PROTECTED SECURITIES | | | | | Sold (part) | 10/19/11 | J | A | |
| 26. | | | | | Sold (part) | 11/21/11 | J | A | |
| 27. -DREYFUS EMERGING MARKETS DEBT LOCAL CURRENCY | | | | | Buy | 10/21/11 | J | | |
| 28. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 29. -LAUDUS MONDRAIN INT'L FIXED INCOME FUND | | | | | Buy (add'l) | 04/01/11 | J | | |
| 30. | | | | | Sold (part) | 10/19/11 | J | A | |
| 31. | | | | | Sold (part) | 11/21/11 | J | A | |
| 32. -PIMCO EMERGING MARKETS BOND | | | | | Buy (add'l) | 04/01/11 | J | | |
| 33. | | | | | Sold (part) | 10/19/11 | J | A | |
| 34. | | | | | Sold (part) | 11/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -PIMCO FOREIGN BOND FUND | | | | | Buy | 10/21/11 | J | | |
| 36. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 37. -GOLDMAN SACHS GROWTH OPPORTUNITY FUND INST. | | | | | Buy | 10/21/11 | J | | |
| 38. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 39. -HARBOR CAPITAL APPRECIATION FUND | | | | | Buy | 10/21/11 | J | | |
| 40. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 41. -ISHARES RUSSELL 2000 INDEX | | | | | Buy (add'l) | 06/02/11 | J | | |
| 42. | | | | | Sold (part) | 10/21/11 | J | | |
| 43. | | | | | Sold (part) | 11/23/11 | J | A | |
| 44. -ISHARES S&P 500 INDEX | | | | | Buy | 04/05/11 | J | | |
| 45. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 46. | | | | | Sold (part) | 11/23/11 | J | | |
| 47. -ISHARES RUSSELL MIDCAP INDEX | | | | | Sold (part) | 10/21/11 | J | A | |
| 48. | | | | | Sold (part) | 11/23/11 | J | B | |
| 49. -JP MORGAN MID CAP VALUE FUND- CLASS 1 | | | | | Buy | 10/21/11 | J | | |
| 50. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 51. -KEELEY SMALL CAP VALUE FUND CLASS | | | | | Buy | 10/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 53. -MAINSTAY EPOCH US EQUITY FUND | | | | | Buy | 10/21/11 | J | | |
| 54. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 55. -MFS VALUE FUND-CLASS I | | | | | Buy | 10/21/11 | J | | |
| 56. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 57. -TCW SMALL CAP GROWTH FUND CLASS I | | | | | Buy | 10/21/11 | J | | |
| 58. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 59. -VANGUARD INSTITUTIONAL INDEX FUND | | | | | Sold (part) | 04/15/11 | J | A | |
| 60. | | | | | Sold (part) | 10/19/11 | J | B | |
| 61. | | | | | Sold (part) | 11/21/11 | J | B | |
| 62. -ARTISAN INT'L FUND | | | | | Buy | 10/21/11 | J | | |
| 63. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 64. -DODGE & COX INT'L STOCK | | | | | Buy (add'l) | 04/01/11 | J | | |
| 65. | | | | | Sold (part) | 10/19/11 | J | | |
| 66. | | | | | Sold (part) | 11/21/11 | J | | |
| 67. -OPPENHEIMER DEVELOPING MKT | | | | | Buy | 10/21/11 | J | | |
| 68. | | | | | Buy (add'l) | 11/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -VANGUARD EMERGING MARKETS | | | | | Buy (add'l) | 04/05/11 | J | | |
| 70. | | | | | Sold (part) | 04/19/11 | J | A | |
| 71. | | | | | Sold (part) | 11/23/11 | J | | |
| 72.  -DIAMOND HILL LONG-SHORT FUND | | | | | Buy | 10/21/11 | J | | |
| 73. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 74.  -HUSSMAN STRATEGIC GROWTH FUND | | | | | Buy | 10/21/11 | J | | |
| 75. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 76.  -MERGER FD SH BEN INT | | | | | Buy | 10/21/11 | J | | |
| 77. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 78.  -CREDIT SUISSE COMMODITY RETURN | | | | | Buy | 10/21/11 | J | | |
| 79. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 80.  -ING REAL ESTATE FUND | | | | | Sold (part) | 04/15/11 | J | A | |
| 81. | | | | | Sold (part) | 10/19/11 | J | A | |
| 82. | | | | | Sold (part) | 11/21/11 | J | A | |
| 83.  -MORGAN STANLEY INSTITUTIONAL FUND | | | | | Sold (part) | 10/19/11 | J | | |
| 84. | | | | | Sold (part) | 11/21/11 | J | | |
| 85.  -PIMCO COMMODITY REALRETURN | | | | | Sold (part) | 04/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 87. | | | | | Sold (part) | 10/19/11 | J | | |
| 88. | | | | | Sold (part) | 11/21/11 | J | A | |
| 89. -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | | | | | Buy | 10/21/11 | J | | |
| 90. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 91. -SPDR DOW JONES REIT ETF | | | | | Buy | 04/05/11 | J | | |
| 92. | | | | | Sold (part) | 10/21/11 | J | | |
| 93. | | | | | Sold (part) | 11/23/11 | J | | |
| 94. -VANGUARD REIT VIPER | | | | | Buy | 10/21/11 | J | | |
| 95. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 96. IRA #1 | A | Int./Div. | K | T | | | | | |
| 97. -AMER BALANCED FD | | | | | | | | | |
| 98. -INVESTMENT CO. AMERICA | | | | | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID S. CAYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544